**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd., | ) | |
| a Chinese Limited Corporation | ) | Case: |
| | ) | |
| Plaintiff, | ) | Judge: |
| | ) | |
| v. | ) | Mag. |
| | ) | |
| The Partnerships And | ) | |
| Unincorporated Associations | ) | |
| Identified On Schedule "A" | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBIT ONE**
**COPYRIGHT REGISTRATION**

**Registration #:**   VA0002270357
**Service Request #:**   1-10744057851



Ford Banister IP
Larry Ford Banister II
305 Broadway, Floor 7
New York, NY 10007 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-270-357

**Effective Date of Registration:**
August 22, 2021
**Registration Decision Date:**
October 07, 2021

## Title

**Title of Work:** Hollow Halloween Design Spider AE2127

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** July 26, 2019
**Nation of 1st Publication:** China

## Author

- **Author:** YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
  **Author Created:** jewelry design
  **Work made for hire:** Yes
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
NO 7,ZHEN HAN ROAD,DANXI COMMUNITY, BEI YUAN STREET,
YIWU, 322000, China

## Rights and Permissions

**Organization Name:** Ford Banister IP
**Name:** Larry Ford Banister II
**Email:** ford@fordbanister.com
**Telephone:** (212)500-3268
**Address:** 305 Broadway
Floor 7
New York, NY 10007 United States

## Certification

| | |
|---|---|
| **Name:** | Larry Ford Banister II |
| **Date**: | August 22, 2021 |

**Correspondence:**  Yes



**Registration #:** VA0002270532
**Service Request #:** 1-10744058027

Ford Banister IP
Larry Ford Banister II
305 Broadway
Floor 7
New York, NY 10007 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-270-532

**Effective Date of Registration:**
October 03, 2021
**Registration Decision Date:**
October 08, 2021

## Title

**Title of Work:** Hollow Halloween Design Ghost Hand  AE2129

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** July 27, 2019
**Nation of 1st Publication:** China

## Author

- **Author:** YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
  **Author Created:** jewelry design
  **Work made for hire:** Yes
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
NO 7,ZHEN HAN ROAD,DANXI  COMMUNITY, BEI YUAN STREET, YIWU, 322000, China

## Rights and Permissions

**Organization Name:** Ford Banister IP
**Name:** Larry Ford Banister II
**Email:** ford@fordbanister.com
**Telephone:** (212)500-3268
**Address:** 305 Broadway
Floor 7
New York, NY 10007 United States

## Certification

        **Name:**   Larry Ford Banister II
        **Date:**    August 22, 2021

    **Correspondence:**  Yes

**Registration #:** VA0002270548
**Service Request #:** 1-10755668551



Ford Banister IP
Larry Ford Banister II
305 Broadway
Floor 7
New York, NY 10007 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-270-548

**Effective Date of Registration:**
August 22, 2021
**Registration Decision Date:**
October 08, 2021

## Title

| | |
|---|---|
| **Title of Work:** | Hollow Halloween Design Cat and Bat  AE2157 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | August 05, 2019 |
| **Nation of 1st Publication:** | China |

## Author

| | |
|---|---|
| • **Author:** | YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD |
| **Author Created:** | jewelry design |
| **Work made for hire:** | Yes |
| **Citizen of:** | China |
| **Domiciled in:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD<br>NO 7,ZHEN HAN ROAD,DANXI  COMMUNITY, BEI YUAN STREET,<br>YIWU, 322000, China |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Ford Banister IP |
| **Name:** | Larry Ford Banister II |
| **Email:** | ford@fordbanister.com |
| **Telephone:** | (212)500-3268 |
| **Address:** | 305 Broadway, Floor 7<br>New York, NY 10007 United States |

## Certification

**Name:** Larry Ford Banister II
**Date:** August 22, 2021

**Correspondence:** Yes

**Registration #:** VA0002270545
**Service Request #:** 1-10755669332



Ford Banister IP
Larry Ford Banister II
305 Broadway
Floor 7
New York, NY 10007 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-270-545

**Effective Date of Registration:**
August 22, 2021
**Registration Decision Date:**
October 08, 2021

## Title
_____

Title of Work: Hollow Halloween Design Pumpkin  AE2168

## Completion/Publication
_____

Year of Completion: 2019
Date of 1st Publication: August 10, 2019
Nation of 1st Publication: China

## Author
_____

- Author: YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
Author Created: jewelry design
Work made for hire: Yes
Citizen of: China
Domiciled in: China

## Copyright Claimant
_____

Copyright Claimant: YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
NO 7,ZHEN HAN ROAD,DANXI  COMMUNITY, BEI YUAN STREET,
YIWU, 322000, China

## Rights and Permissions
_____

Organization Name: Ford Banister IP
Name: Larry Ford Banister II
Email: ford@fordbanister.com
Telephone: (212)500-3268
Address: 305 Broadway, Floor 7
New York, NY 10007 United States

## Certification

      **Name:** Larry Ford Banister II
      **Date:** August 22, 2021

      **Correspondence:** Yes

**Registration #:** VA0002270544
**Service Request #:** 1-10755669355



Ford Banister IP
Larry Ford Banister II
305 Broadway
Floor 7
New York, NY 10007 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-270-544

**Effective Date of Registration:**
August 22, 2021
**Registration Decision Date:**
October 08, 2021

---

## Title
_____

Title of Work:   Hollow Halloween Design Witch with Skull  AE2169

## Completion/Publication
_____

Year of Completion:   2019
Date of 1st Publication:   August 10, 2019
Nation of 1st Publication:   China

## Author
_____

- **Author:**   YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
  **Author Created:**   jewelry design
  **Work made for hire:**   Yes
  **Citizen of:**   China
  **Domiciled in:**   China

## Copyright Claimant
_____

Copyright Claimant:   YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
NO 7,ZHEN HAN ROAD,DANXI  COMMUNITY, BEI YUAN STREET,
YIWU, 322000, China

## Rights and Permissions
_____

Organization Name:   Ford Banister IP
Name:   Larry Ford Banister II
Email:   ford@fordbanister.com
Telephone:   (212)500-3268
Address:   305 Broadway, Floor 7
New York, NY 10007 United States

## Certification

|  |  |
|---|---|
| **Name:** | Larry Ford Banister II |
| **Date:** | August 22, 2021 |

| | |
|---|---|
| **Correspondence:** | Yes |

**Registration #:** VA0002270547
**Service Request #:** 1-10755669398



Ford Banister IP
Larry Ford Banister II
305 Broadway
Floor 7
New York, NY 10007 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-270-547

**Effective Date of Registration:**
August 22, 2021
**Registration Decision Date:**
October 08, 2021

---

## Title

**Title of Work:** Hollow Halloween Design Spider AE2197

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 15, 2019
**Nation of 1st Publication:** China

## Author

- **Author:** YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
  **Author Created:** jewelry design
  **Work made for hire:** Yes
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
NO 7,ZHEN HAN ROAD,DANXI  COMMUNITY, BEI YUAN STREET,
YIWU, 322000, China

## Rights and Permissions

**Organization Name:** Ford Banister IP
**Name:** Larry Ford Banister II
**Email:** ford@fordbanister.com
**Telephone:** (212)500-3268
**Address:** 305 Broadway, Floor 7
New York, NY 10007 United States

## Certification

**Name:** Larry Ford Banister II
**Date:** August 22, 2021

**Correspondence:** Yes

**Registration #:** VA0002270546
**Service Request #:** 1-10755720051



Ford Banister IP
Larry Ford Banister II
305 Broadway
Floor 7
New York, NY 10007 United States

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-270-546

**Effective Date of Registration:**
August 22, 2021
**Registration Decision Date:**
October 08, 2021

## Title _____

        **Title of Work:**  Hollow Halloween Design Moon Bat  AE2209

## Completion/Publication _____

        **Year of Completion:**  2019
        **Date of 1st Publication:**  August 17, 2019
        **Nation of 1st Publication:**  China

## Author _____

     •        **Author:**  YIWU BAIMEI ELECTRONIC COMMERCE CO.,LTD
        **Author Created:**  jewelry design
        **Work made for hire:**  Yes
        **Citizen of:**  China
        **Domiciled in:**  China

## Copyright Claimant _____

        **Copyright Claimant:**  YIWU BAIMEI ELECTRONIC COMMERCE CO.,LTD
        NO 7,ZHEN HAN ROAD,DANXI  COMMUNITY, BEI YUAN STREET,
        YIWU, 322000, China

## Rights and Permissions _____

        **Organization Name:**  Ford Banister IP
        **Name:**  Larry Ford Banister II
        **Email:**  ford@fordbanister.com
        **Telephone:**  (212)500-3268
        **Address:**  305 Broadway, Floor 7
        New York, NY 10007 United States

## Certification

**Name:** Larry Ford Banister II
**Date:** August 22, 2021

**Correspondence:** Yes

**Registration #:**   VA0002265759
**Service Request #:**   1-10755720074



Ford Banister IP
Larry Ford Banister II
305 Broadway
Floor 7
New York, NY 10007 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-265-759

**Effective Date of Registration:**
August 23, 2021
**Registration Decision Date:**
September 07, 2021

## Title _____

**Title of Work:** Hollow Halloween Design Skull  AE2210

## Completion/Publication _____

**Year of Completion:** 2019
**Date of 1st Publication:** August 17, 2019
**Nation of 1st Publication:** China

## Author _____

- **Author:** YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
  **Author Created:** jewelry design
  **Work made for hire:** Yes
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant _____

**Copyright Claimant:** YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
NO 7,ZHEN HAN ROAD,DANXI  COMMUNITY, BEI YUAN STREET, YIWU, 322000, China

## Rights and Permissions _____

**Organization Name:** Ford Banister IP
**Name:** Larry Ford Banister II
**Email:** ford@fordbanister.com
**Telephone:** (212)500-3268
**Address:** 305 Broadway, Floor 7
New York, NY 10007 United States

## Certification

**Name:** Larry Ford Banister II
**Date**: August 23, 2021